[No. 18266–8–I. Division One. January 25, 1988.]

R. GEORGE ALLEN, *Appellant,* v. SNOHOMISH COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–2–01359–8, Paul D. Hansen, J., entered February 21, 1985. *Affirmed* by unpublished opinion per Enyeart, J. Pro Tem., concurred in by Andersen and Cole, JJ. Pro Tem.

[No. 17699–4–I. Division One. January 25, 1988.]

*In the Matter of the Marriage of* HOLLY W. KULLMAN,
*Respondent, and* WILLIAM L. KULLMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–3–00414–6, Donald D. Haley, J., entered November 7, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, J., and Revelle, J. Pro Tem.

[No. 11076–8–II. Division Two. January 26, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. SONIA KAY
STAFFORD, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 87–1–00291–8, John N. Skimas, J., entered May 14, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.